AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Eileen Castilla Geiger)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>RICARDO HENRIQUEZ CARMONA<br>(a/k/a, "Dario Henriquez")<br><br>*Defendant(s)* | Case No.  25-MJ-882 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 23, 2024__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry after deportation (see attached arrest warrant) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Alexander DiMedio
*Complainant's signature*

Alexander DiMedio, ICE Deportation Officer
*Printed name and title*

Sworn to me by telephone or other electronic means.

Scott W. Reid
2025.04.29 09:30:13 -04'00'
*Judge's signature*

Date: 

City and state:  Philadelphia, PA

Hon. Scott W. Reid, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRMINAL COMPLAINT AND ARREST WARRANT

1. I, Alexander DiMedio, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since September 26, 2015. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals who have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations Field Office in Philadelphia, Pennsylvania, and my duties include investigating violations of Title 8 of the United States Code ("U.S.C"), to include violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against RICARDO HENRIQUEZ CARMONA (a/k/a, "Dario Henriquez"), because there is probable cause to believe that HENRIQUEZ CARMONA, a non-United States citizen, re-entered the United States after removal, in violation of Title 8, United States Code, Section 1326(a). I base this conclusion on information that I have obtained from my personal observations, witness interviews, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

## PROBABLE CAUSE

3. On December 24, 2024, information was received that HENRIQUEZ CARMONA, under the alias "Dario Henriquez," had been arrested by the Philadelphia Police

1

Department for Terroristic Threats and other related charges. Based on my training and experience, I know that any time a police department or other law enforcement agency runs the fingerprints of any alien, that is an individual who is not a United States citizen or national, who has previously been encountered by ICE or another immigration agency, ICE receives electronic notification of this fact and any match to the alien's known fingerprint identification number. The electronic notification showed that the Philadelphia Police Department had recently run HENRIQUEZ CARMONA's fingerprints, which suggested that HENRIQUEZ CARMONA, with FBI# 428601AC5, was in custody of the Philadelphia Police Department. HENRIQUEZ CARMONA was later released by the Philadelphia Police Department, despite an administrative ICE detainer being lodged.

   4.  I know that ICE maintains a file on all non-citizens encountered by ICE. This file, known as the Alien File ("A-File"), contains documentation relating to the non-citizen, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents related to the lawful or unlawful status the non-citizen has in the United States. Each non-citizen is assigned an identification number, referred to as the Alien Number.

   5.  A search of ICE databases revealed that HENRIQUEZ CARMONA has been assigned Alien Number 073 078 146 and that he is a native and citizen of the Dominican Republic and not a citizen of the United States.

   6.  Based on my review of this Alien File and DHS's electronic databases, I have made the following conclusions:

    a.  On July 23, 1997, HENRIQUEZ CARMONA was issued a Notice to Appear by ICE pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality

Act. HENRIQUEZ CARMONA was convicted on July 17, 1997, in the Superior Court at Aguadilla, Puerto Rico, for the offense of violation of Article 406 of the Puerto Rico Controlled Substance Act to which he was sentenced to 6 months and 1 day in jail.

    b.    HENRIQUEZ CARMONA was ordered removed by an Immigration Judge on August 7, 1997, in Guaynabo, Puerto Rico immigration court.

    c.    The United States removed HENRIQUEZ CARMONA on or about July 18, 1997, from San Juan, Puerto Rico to the Dominican Republic. At or about the time of removal, a "Warrant of Removal," Form I-205, was executed bearing HENRIQUEZ CARMONA's photograph, fingerprint, and signature, and the signature of the immigration officers who witnessed his departure.

7. At an unknown place and time after this deportation, HENRIQUEZ CARMONA unlawfully reentered the United States.

8. On or about December 23, 2024, HENRIQUEZ CARMONA was encountered in the Eastern District of Pennsylvania by the Philadelphia Police Department. I compared the photograph of HENRIQUEZ CARMONA contained on his "Warrant of Removal" executed at the time of his removal and determined his likeness to be the same as the individual in the booking photograph arrested by the Philadelphia Police Department on December 23, 2024.

9. A search of the DHS databases revealed that RICARDO HENRIQUEZ CARMONA did not seek permission of the United States Attorney General, or his successor, the Secretary of Homeland Security, for permission to reapply for admission to the United States after removal or deportation.

10. HENRIQUEZ CARMONA's court case stemming from his arrest by the Philadelphia Police Department remains pending in the Municipal Court of Philadelphia County.

Based on a review of the criminal docket sheet, HENRIQUEZ CARMONA's next hearing date is scheduled for May 7, 2025.  Law enforcement records reflect that HENRIQUEZ CARMONA resides at 2934 Ruth Street in Philadelphia, Pennsylvania.

11.     On the morning of April 25, 2025, I, along with a Deputy of the U.S. Marshals Service, conducted surveillance outside 2934 Ruth Street in Philadelphia, Pennsylvania.  At approximately 10:15 a.m., I observed an individual exiting the aforementioned address who physically matched HENRIQUEZ CARMONA's booking photograph taken by the Philadelphia Police Department on or about December 23, 2024.

## CONCLUSION

Based on all of the foregoing, I respectfully submit that the facts set forth in this Affidavit demonstrate that there is probable cause to conclude that RICARDO HENRIQUEZ CARMONA (a/k/a, "Dario Henriquez"), illegally re-entered the United States after removal in violation of 8 U.S.C. § 1326(a).  I therefore respectfully ask that the Court issue a warrant ordering his arrest for such crime.

/s/ Alexander DiMedio
Alexander DiMedio
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed to me by telephone
This ____th day of April, 2025.

Scott W. Reid
2025.04.29 09:29:21
-04'00'

HONORABLE SCOTT W. REID
United States Magistrate Judge

4